# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **GEORGE E. PITTINOS,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CA 08-0662-KD-C** |
| **PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b) and dated October 29, 2009 is **ADOPTED** as the opinion of this Court.

**Done** this 22nd day of November, 2009.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE